No. 82–6230.   ARNAU v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 83–70.   PENNSYLVANIA v. SANTNER.   Super. Ct. Pa. Certiorari denied.

No. 83–681.   DENTICO ET AL. v. UNITED STATES;
No. 83–690.   MUSTO ET AL. v. UNITED STATES; and
No. 83–806.   D'AGOSTINO v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.   Reported below: Nos. 83–681 and 83–690, 715 F. 2d 822; No. 83–806, 722 F. 2d 735.

No. 83–979.   CRONN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 83–5063.   TRANOWSKI v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 83–5504.   WILKINS v. WHITAKER ET AL.   C. A. 4th Cir. Certiorari denied.

No. 83–5689.   TYDINGS v. DEPARTMENT OF CORRECTIONS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 83–5861.   PEREZ ET AL. v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 83–5911.   GOODAY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–768.   FAULKNER ET AL. v. WELLMAN ET AL.   C. A. 7th Cir.   Motion of respondents Dwight Walker and Billie R. Adams for leave to proceed in forma pauperis granted.   Certiorari denied.